IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J. L., a minor, by and through
His parent and guardian ad litem,
Y.L., and Y.L. Individually,

    Plaintiff,

  v.

MANTECA UNIFIED SCHOOL DISTRICT
AND SAN JOAQUIN COUNTY OFFICE OF
EDUCATION (Agencies)

    Defendants
_____  /

2:14cv1842 JAM EFB

<u>RECUSAL ORDER</u>

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk

of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 11, 2014

/s/ John A. Mendez_____
HON.JOHN A. Mendez
United States District Court Judge