EVAN GOLDSEN, Bar No. 257775
CARLY CHRISTOPHER, Bar No. 278795
SPECIAL EDUCATION COLLABORATION PROJECT
1829 Market St. Suite 210
SAN FRANCISCO, CA 94103
Telephone: (415) 864-4352
Fax: (415) 276-1845
Email: eg@specialedcollaboration.net

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| YADIRA LEDEZMA as GUARDIAN AD LITEM for J.L., a minor.<br><br>        Plaintiff,<br><br>v.<br><br>MANTECA UNIFIED SCHOOL DISTRICT AND SAN JOAQUIN COUNTY OFFICE OF EDUCATION,<br><br>        Defendants. | **Case No.** 2:14-cv-01842-WBS-EFB<br><br>**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |

Plaintiff J.L. filed a complaint on August 5, 2014, through his proposed guardian ad litem, Yadira Ledezma. Mrs. Ledezma also submitted an amended petition to be appointed Plaintiff's guardian ad litem. Good cause appears to appoint Yadira Ledezma as Plaintiff's guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner Yadira Ledezma is APPOINTED as Plaintiff's guardian ad litem.

IT IS SO ORDERED.

Dated: November 24, 2014

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE