SPECIAL EDUCATION COLLABORATION PROJECT
Evan Goldsen, SBN 257775
1829 Market Street Suite 210
San Francisco, CA 94103
Attorneys for Plaintiffs
Phone: 415.864.4352
Fax: 415.276.1840
E-mail: eg@specialedcollaboration.net

ATTORNEYS FOR PLAINTIFFS

Rodney L. Levin, SB#169360
Eliza J. McArthur, SB#152312
MCARTHUR & LEVIN, LLP
637 North Santa Cruz Avenue
Los Gatos, CA  95030
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS, MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J.L., a minor, by and through his parent and guardian ad litem, Y.L., and Y.L., individually,<br><br>        Plaintiffs,<br>vs.<br><br>MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION,<br><br>        Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:14-cv-01842-WBS-EFB<br><br>ORDER REFERRING ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) |

Based upon the stipulation electing referral to the Court's Voluntary Dispute Resolution Program (VDRP) filed by the parties to this action on February 27, 2015,

IT IS ORDERED THAT this matter is hereby referred to the Court's VDRP. The VDRP process shall be completed and confirmation by the assigned Neutral filed by June 30, 2015. The Joint Status Conference currently scheduled for March 16, 2015 is vacated and re-set to **August 17, 2015 at 2:00 p .m.** in this Court. Discovery and motions are stayed until the Joint Status Conference is held.

Dated: March 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE