Evan Goldsen, SBN 257775
SPECIAL EDUCATION COLLABORATION PROJECT
1829 Market Street Suite 210
San Francisco, CA 94103
Phone: 415.864.4352
Fax: 415.276.1840
E-mail: eg@specialedcollaboration.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J.L., a minor, by and through his parent and guardian ad litem, Y.L., and Y.L., individually,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:14-cv-01842-WBS-EFB<br><br>**ORDER GRANTING APPLICATION TO LODGE UNDER SEAL** |

　　　　Plaintiffs J.L. and Y.L, filed an application to lodge under seal a copy of the entire available administrative record in the action before the Office of Administrative Hearings ("OAH") entitled *Student v. Manteca Unified School District and San Joaquin County Office of Education*, OAH Case No. 2013110831. Because the administrative record is replete with personally identifiable information related to the educational and health

records of the minor plaintiff and is too voluminous to redact, Plaintiffs' application to lodge the record under seal is hereby GRANTED.

IT SO ORDERED.

Dated:  November 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE