Evan Goldsen, SBN 257775
SPECIAL EDUCATION COLLABORATION PROJECT
1829 Market Street Suite 210
San Francisco, CA 94103
Attorneys for Plaintiffs
Phone: 415.864.4352
Fax: 415.276.1840
E-mail: eg@specialedcollaboration.net

ATTORNEYS FOR PLAINTIFFS

Rodney L. Levin, SB#169360
Eliza J. McArthur, SB#152312
MCARTHUR & LEVIN, LLP
637 North Santa Cruz Avenue
Los Gatos, CA  95030
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS, MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J.L., a minor, by and through his parent and guardian ad litem, Y.L., and Y.L., individually,<br><br>            Plaintiffs,<br>     vs.<br><br>MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION,<br><br>            Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No.: 2:14-cv-01842-WBS-EFB<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

1

On June 28, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

Accordingly, Plaintiff/Counter-Defendant's second cause of action alleging a violation of Section 504 of the Rehabilitation Act of 1973 in the above captioned case is dismissed without prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses as it relates to this cause of action.

As a result of this dismissal, there are no active claims remaining. Therefore, the case management conference scheduled on July 18, 2016 is hereby vacated.

IT IS SO ORDERED.

Dated:  June 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE